USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/13/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - -x

PEARSON EDUCATION, INC. AND
JOHN WILEY & SONS, INC.,

      Plaintiffs,

  -against-        08 Civ. 6803 (DLC)
              ECF Case
JOHN DOE D/B/A SHARP BOOKS
AND JOHN DOES NOS. 1-5,

      Defendants.

- - - - - - - - - - - - - - - - - - -x

    ORDER ALLOWING SERVICE BY E-MAIL AND
    SERVICE OF SUBPOENAS TO ASCERTAIN THE
    IDENTITY AND LOCATION OF DEFENDANTS

  Upon the application of plaintiffs Pearson Education, Inc. and John Wiley & Sons, Inc., as set forth in the annexed declaration of William Dunnegan, dated August 11, 2008, for an order (i) pursuant to Rule 4(e)(1) of the Federal Rules of Civil Procedure allowing service by e-mail of the summons and complaint on defendant John Doe d/b/a Sharp Books ("Sharp Books") in this action, and (ii) pursuant to Rule 26(d) of the Federal Rules of Civil Procedure allowing service of subpoenas on Abebooks Inc. ("Abebooks"), PayPal, Inc. ("PayPal") and Google Inc. ("Google") to ascertain the true identities and locations of defendants Sharp Books and John Doe Nos. 1-5, and good cause for that relief appearing, it is hereby

ORDERED, pursuant to Rule 4(e)(1) of the Federal Rules of Civil Procedure, that plaintiffs may serve the summons and complaint in this action upon defendant Sharp Books by e-mailing a copy of each, along with a copy of this order, in .pdf format to the e-mail address Sharpbooks@gmail.com; and it is further

ORDERED that service shall be deemed complete upon the filing of a declaration with the Clerk of the Court affirming that the e-mail has been sent in conformity with this order; and it is further

ORDERED, pursuant to Rule 26(d) of the Federal Rules of Civil Procedure, that plaintiffs may serve subpoenas on AbeBooks, PayPal and Google to identify and locate defendants Sharp Books and John Does Nos. 1-5 in this action.

Dated:  New York, New York
        August /3, 2008

                                    _____
                                          J.S.D.J.

2