<u>Declaration of Service</u>

JENNIFER SIEWERT hereby declares pursuant to 28 U.S.C. § 1746 that on August 13, 2008, she caused a true copy of the Complaint, Summons, Judge Rules and Efiling, and order re email service, to be served by email to:

Sharpbooks@gmail.com

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 13th day of August, 2008.

*Jennifer Siewert*