<u>Declaration of Service</u>

JENNIFER SIEWERT hereby declares pursuant to 28 U.S.C. § 1746 that on August 14, 2008, she caused a true copy of the Notice of Conference, to be served by email to:

Sharpbooks@gmail.com

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 14th day of August, 2008.

_____
Jennifer Siewert